The People of the State of Illinois, Plaintiff-Appellee, v. Robert Powell, a/k/a Eugene Thompson, Defendant-Appellant.
(No. 58848;

First District (3rd Division)—February 7, 1974.

PER CURIAM.
DEMPSEY, J., took no part.

Paul Bradley, Deputy Defender, of Chicago (Robert E. Davison, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Linda West Conley, and Nicholas Iavarone, Assistant State's Attorneys, of counsel), for the People.